# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Petitioner,<br><br>  vs.<br><br>SHERIFF GREG MUNKS, et al.,<br><br>    Respondents.<br>_____ / | Case No. C-08-80033MISC MHP |
| SHIRLEY V. REMMERT,<br><br>    Petitioner,<br><br>  vs.<br><br>DISTRICT ATTORNEY C. P. FOX, et al.,<br><br>    Respondents.<br>_____ / | Case No. C-08-80034MISC MHP<br><br>**ORDER RE FILING** |

      Plaintiff, Shirley V. Remmert and/or her daughter Eva Al-Zaghari have filed numerous actions in this court which have been dismissed for lack of subject matter jurisdiction or for being wholly devoid of merit, frivolous and repetitive of similar unmeritorious actions previously filed. Finally, on August 15, 2001, this court issued an order deeming them vexatious litigants subject to prefiling review. Since that time the prefiling order has been invoked by this court because of repeated submissions suffering from the same problems.

      Plaintiff Remmert now files these petitions styled as petitions for a writ of habeas corpus. It appears that plaintiff may now be in custody or on probation and, therefore, in a status to which

habeas corpus applies, although a review of her papers casts doubt on the legitimacy of her claims. However, given that she may be able to assert a habeas claim, the court will allow her to file these petitions. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall file the petitions in these two actions and assign them pursuant to the random assignment system of this court.

Date: March 19, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY REMMERT,

        Plaintiff,

v.

DISTRICT ATTY C. P. FOX  et al,

        Defendant.
_____/

Case Number: CV08-80034 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shirley V. Remmert
990 Berkeley Avenue
Menlo Park, CA 94025

Dated: March 20, 2008

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk